UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE TOBAL,<br><br>Plaintiff,<br><br>-v.-<br><br>LONG ISLAND RAILROAD COMPANY,<br><br>Defendant. | 26 Civ. 1019 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 13, 2026, the Court was notified that mediation in this matter was unsuccessful. (Dkt. #11). Accordingly, the parties are **ORDERED** to attend a telephonic initial pretrial conference on **October 22, 2026**, at **10:00 a.m.** At the designated time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370. The Court expects that the parties will submit a joint letter and proposed case management plan by **October 15, 2026**. (*See* Dkt. #5 (Notice of Initial Pretrial Conference)).

SO ORDERED.

Dated: August 17, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge